An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

IN THE MATTER OF DISCIPLINE OF
KEITH E. GREGORY, BAR NO. 232.

No. 67744

**FILED**

JUL 21 2015

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## *ORDER OF TEMPORARY SUSPENSION AND REFERRAL TO DISCIPLINARY BOARD*

The State Bar has filed a petition under SCR 111(4) seeking the temporary suspension of attorney Keith E. Gregory. The petition is based on Gregory's conviction in the United States District Court, District of Nevada, of conspiracy to commit wire and mail fraud and two counts of wire fraud, all felonies. Gregory timely informed the State Bar of his conviction. *See* SCR 111(2).

When an attorney has been convicted of a serious crime, SCR 111 provides that this court shall enter an order suspending that attorney. SCR 111(7). A felony is explicitly a "serious crime" under SCR 111(6). Gregory was convicted of a felony and has therefore been convicted of a serious crime for purposes of SCR 111.

Accordingly, we temporarily suspend Gregory from the practice of law and refer this matter to the Southern Nevada Disciplinary Board for the initiation of formal disciplinary proceedings in which the

SUPREME COURT
OF
NEVADA

(O) 1947A

15-22063

sole issue to be determined is the extent of discipline to be imposed. *See* SCR 111(7), (8).

It is so ORDERED.

_____, J.
Parraguirre

_____, J.
Douglas

_____, J.
Cherry

cc: Jeffrey Posin, Chair, Southern Nevada Disciplinary Board
David A. Clark, Bar Counsel
Kimberly K. Farmer, Executive Director, State Bar of Nevada
Olson, Cannon, Gormley, Angulo & Stoberski
Perry Thompson, Admissions Office, United States Supreme Court